IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
    )
           v.    ) Criminal No. 07-234
    )
NICOLAS AVALOS-FLORES,    )
    Defendant.    )

ORDER

AND NOW, this 28th day of November, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 22, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, November 30, 2007 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster    ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Constance M. Bowden,
     Assistant United States Attorney

     Alonzo Burney, Esq.
     502 Fifth Avenue
     Suite 301
     McKeesport, PA 15132

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation

     Ana Lahr,
     Court Interpreter